FILE COPY

No. 07-15-00145-CR

| | | |
|---|---|---|
| Cecil Howell, Jr.<br>  Appellant | § | From the 264th District Court<br>  of Bell County |
| | § | |
| v. | | May 29, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Chief Justice Quinn |

**J U D G M E N T**

Pursuant to the opinion of the Court dated May 29, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o